**ORIGINAL**

cc: JMS/FILER

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF Hawaii
_____ DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 15 2023

at __1__ o'clock and __15__ min. __P__ M
Lucy H. Carrillo, Clerk
LS

---

Lori
Ann
Henriques

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

United States
Government
Federal Aviation Administration

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

CV23-00602 JMS RT

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

**RECEIVED**
CLERK, U. S. DISTRICT COURT
DEC 15 2023
DISTRICT OF HAWAII

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Loci Ann Henriques
Street Address: 719 Mahiai #E
City and County: Honolulu, Honolulu
State and Zip Code: Hawaii, 96826
Telephone Number: (808) 570-8218
E-mail Address: Lorileborn18@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: United States Government
Job or Title (if known): (FAA) Federal Aviation Administration
Street Address: 800 Independence Ave, SW
City and County: District of Columbia
State and Zip Code: Washington, DC, 20591
Telephone Number: (866) 835-5322
E-mail Address (if known): LASerReport@faa.gov

☐ Individual capacity     ☒ Official capacity

Defendant No. 2
Name: ____
Job or Title: ____

  (if known)
  Street Address   _____
  City and County   _____
  State and Zip Code   _____
  Telephone Number   _____
  E-mail Address   _____
  (if known)

  ☐ Individual capacity    ☐ Official capacity

Defendant No. 3

  Name   _____
  Job or Title
  (if known)   _____
  Street Address   _____
  City and County   _____
  State and Zip Code   _____
  Telephone Number   _____
  E-mail Address   _____
  (if known)

  ☐ Individual capacity    ☐ Official capacity

Defendant No. 4

  Name   _____
  Job or Title
  (if known)   _____
  Street Address   _____
  City and County   _____
  State and Zip Code   _____
  Telephone Number   _____
  E-mail Address   _____
  (if known)

  ☐ Individual capacity    ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)
☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Are Being Violated by State and local officials, Federal*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*Are Being Violated by State and local officials, And Federal*

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Hate Crime is Being Act. Daily toward the Plaintiff Physical Abuse Caused Serious Injurys Against all Children and Planitiff.*

4

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

(Start) Grand Rapids, Michigan, Detroit Michigan, Muskegon, Michigan, Chicago, Illinois, Honolulu, Hawaii

B.  What date and approximate time did the events giving rise to your claim(s) occur?

(Start) 11-1-2016 — Present 12-12-2023 On going

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I, Lori Henriques is Being Rape on a Daily and physically Abuse on a Daily. By an Taser Drone someone Control this Taser Drone is Tasing Me Badly every second of the Day. My Children have Tasering Mark's and Bruise as well. We can smell the Laser after Tasing in 60 seconds The smell is very potent. The Housing is (FAA) Federal Aviation Administration. Michael Thomas Hinton is a Hawaii Residence. He saw this Happen to Me, Lori Ann Henriques.

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

(Lori) Vagin, Scared Cut, Anal Cut, Left Arm Scars Bruises, Right Arm Scards Bruises, Right, Left Leg's Bruises Scared Whole Back, Bruises, Scards, Chest, Face Scared Bruises, Thse my heart pain (Destiny) Right, Leg, Left Leg Bruise Scared, Leg Arm, Right Arm Bruise and Scared Back, Face, Nock Scared Bruise, (Canada) Hand Scared, Legs (Right) Bruise Scard (Left) Leg Bruise Scared Whole Back Taser Bruise Scared, Arm, Left, Right Bruise Scared (Tupac) Whole Body Bruise Scard, Arm, Feet Leg, Chest Butt, Private part (Male) Scared hand's Scared

V. **Relief** The Abuse is still on going 12-12-2023

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Money, 1.5 Billion in Currency 75,000 in Damages to all of us Lori Ann Henriques Destiny Mariah Beso, Canada Amillion Henriques Tupac Amaru Henriques.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-12, 2023

Signature of Plaintiff _____

Printed Name of Plaintiff Loki Ann Henriques

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
E-mail Address _____