# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| LORI ANN HENRIQUES, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 23-00602 JMS-RT |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| UNITED STATES GOVERNMENT; FEDERAL AVIATION ADMINISTRATION, | December 20, 2023 At 2 o'clock and 40 min p.m. LUCY H. CARRILLO, CLERK |
| Defendants. | |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

      On December 20, 2023, the Court issued its "ORDER (1) GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, ECF NO. 3; AND (2) DISMISSING COMPLAINT, ECF NO. 1, WITHOUT LEAVE TO AMEND," ECF No. 5, (December 20, 2023 Order).

      IT IS ORDERED AND ADJUDGED that the court GRANTS Plaintiff's IFP Application, ECF No. 3 and DISMISSES the Complaint, ECF No. 1, without leave to amend, pursuant to and in accordance with the December 20, 2023 Order. Further, the Clerk is directed to close the case.

| | |
|---|---|
| December 20, 2023 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |